IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 3:12-809-JFA |
| | ) | |
| v. | ) | ORDER |
| DONNELL LAMAR SLADE | ) | |
| _____ | ) | |

Supplementing the order filed this date (ECF No. 214) allowing the defendant, Donnell Lamar Slade to have a four-day furlough to attend his brother's funeral, the court hereby orders that the defendant appear before the Magistrate Judge on Tuesday, January 29, 2013, for the purpose of setting a surety bond, along with the standard conditions of bond, with electronic monitoring as a special condition of the furlough.

IT IS SO ORDERED.


January 28, 2013                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                     United States District Judge