IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:12-809-JFA |
|---|---|---|
| v. | ) | ORDER |
| MAURICE ANDERSON | ) | |
| _____ | ) | |

The defendant has moved the court to reconsider its order revoking the defendant's bond. The motion also seeks a hearing on the matter.

In its earlier order revoking the defendant's bond (ECF No. 253), the court observed that the defendant has been charged with new offenses while out on bond in this case. The motion to reconsider points out that the new offenses involve allegations that the defendant failed a polygraph exam and therefore made untruthful statements to federal agents.

Even though the alleged new crime is of a non-violent nature, it is, nevertheless, an allegation of new criminal conduct. For this reason, this court is persuaded that a hearing is not necessary, and that its earlier order revoking bond should not be disturbed. The motion to reconsider (ECF No. 266) is denied.

IT IS SO ORDERED.

March 11, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge